# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 6, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146046

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DANNY DEAN SIMMONS,
      Defendant-Appellant.

SC: 146046
COA: 301445
Wexford CC: 2010-009331-FC

_____/

By order of April 3, 2013, the application for leave to appeal the August 28, 2012 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Musser* (Docket No. 145237). On order of the Court, the case having been decided on July 12, 2013, 494 Mich 337 (2013), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 6, 2013



Clerk

s1030